## UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | CR07-00522-ODW |
| | | CR07-01268-ODW |
| vs. | | CR07-01269-ODW |
| ALI KHALIL ELREDA | | CO Case # 10-mj-01122-MSW |
| | Defendant(s) | **WARRANT FOR ARREST** |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   ALI KHALIL ELREDA

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint  ☐ Indictment

☐ Information  ☐ Order of Court  [x] Violation Petition  ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18   United States Code, Section(s) ~~3583(a)(7)~~ 3146 & 3583

| | |
|---|---|
| Terry Nafisi | |
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 07-22-2010   Los Angeles |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Linda Choi | BY: |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER  OTIS D. WRIGHT |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**   PAGE 1 of 2

CR-12 (07/04)

PROB 12
(Rev. 11/04)

## United States District Court
### for
### CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. ALI KHALIL ELREDA

Docket No. CR07-00522-ODW
Docket No. CR07-01268-ODW
Docket No. CR07-01269-ODW

Petition on Probation and Supervised Release (Citation)   Co case # 10-mj-01122-msw

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ALI KHALIL ELREDA who was placed on supervision by the Honorable OTIS D. WRIGHT, II sitting in the Court at Los Angeles, California, on the 20th day of April, 2009 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofor adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** Ali Khalil Elreda, 6126 Gifford Ave, Bell, California, 90201 cited into Court on July 22, 2010 at 2:00 p.m., to show cause why the supervision order, heretofore ordered, should not be revoked.

ORDER OF COURT

Considered and ordered this 13 day of July , 2010 and ordered filed and made a part of the records in the above case.   OTIS D. WRIGHT II
_____
United States District Judge
OTIS D. WRIGHT, II

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on July 6, 2010

ROBERT D. CHAVEZ
U.S. Probation Officer

Place: Santa Fe Springs, California

U.S.A. VS. ALI KHALIL ELREDA
DOCKET NO. CR07-00522-ODW
DOCKET NO. CR07-01268-ODW
DOCKET NO. CR07-01269-ODW

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court, and instructed by the Probation Officer, not to commit another Federal, state or local crime, on April 26, 2010, Ali Khalil Elreda committed grand theft, in violation of Section 457 of the California Penal Code.

2. Having been ordered by the Court, and instructed by the Probation Officer, to participate in an outpatient substance abuse treatment program and submit to drug testing, on May 3, 7, 13, 16, 19, and June 4 and 6, 2010, Ali Khalil Elreda failed to report for random drug testing at Detection and Treatment Resources, Inc., Long Beach, California.

3. Having been instructed by the Probation Officer to report in person on June 3, 2010, at the U. S. Probation Office, Santa Fe Springs, California, Ali Khalil Elreda failed to appear for a scheduled office appointment as directed.

4. Having been instructed by the Probation Officer to report in person on June 15, 2010, at the U. S. Probation Office, Santa Fe Springs, California, Ali Khalil Elreda failed to appear for a scheduled office appointment as directed.

2